# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| CLAUDE EDWARD TEMPLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16-cv-00061 |
| ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 18), recommending the Court affirm the final decision of the Commissioner. No timely objections have been filed. After a de novo review of the record, the Court agrees that substantial assistance supports the Administrative Law Judge's decision. Blakley v. Comm'r of Soc. Sec., 581 F.3d 399, 405-06 (6th Cir. 2009) (citing Key v. Callahan, 109 F.3d 270, 273 (6th Cir. 1997)). The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Judgment on the Record (Doc. No. 12) is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE